UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUPER 8 MOTELS, INC., : : Plaintiff, : : v. : : CONQUISTA HOTEL GROUP, LTD., : ET AL., : : Defendants. : | Civil Action No. 06-5642 (JAG)  **ORDER** |

**GREENAWAY, JR., U.S.D.J.**

On October 30, 2007, Magistrate Judge Madeline Cox Arleo signed a Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the Answer of corporate defendants Conquista Hotel Group, Ltd. ("Conquista") and Alanis Hotels, L.C. ("Alanis") be stricken from the record, and that default be entered against Conquista and Alanis for failure to secure counsel. The time for filing objections to the R&R expired on November 13, 2007, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. FED. R. CIV. P. 72(b); In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998). This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS on this 10th day of December, 2007,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of the Court; and it is further

ORDERED that the Answer of Conquista be stricken from the record; and it is further

ORDERED that default be entered against Conquista; and it is further

ORDERED that the Answer of Alanis be stricken from the record; and it is further

ORDERED that default be entered against Alanis; and it is further

ORDERED that plaintiff Super 8 Motels, Inc. be permitted to proceed to judgment by default as to Conquista and Alanis; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

        S/Joseph A. Greenaway, Jr.
        JOSEPH A. GREENAWAY, JR., U.S.D.J.