# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUPER 8 MOTELS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CONQUISTA HOTEL GROUP, LTD., et al.,<br><br>  Defendants. | Civil Action No. 06-5642 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

On December 18, 2007, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the Answers[1] filed by pro se defendants Samuel Vela, Jose Alanis, Jose Alanis, Jr., and Ruth Alanis (collectively, the "Individual Defendants") be stricken from the record, and that default be entered against the Individual Defendants as a sanction for failing to comply with discovery obligations and Orders of this Court. The time for filing objections to the R&R expired, at the latest, on January 14, 2008, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. FED. R. CIV. P. 72(b); In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998);

---

[1] On April 26, 2007, Defendants Conquista Hotel Group, Ltd.; Alanis Hotels, L.C.; Jose Alanis; Jose Alanis, Jr.; and Ruth Alanis filed an Answer to the Complaint. Defendant Samuel Vela filed a separate Answer on the same date.

1

Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998).  This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion.  Therefore,

IT IS on this 22nd day of January, 2008,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of this Court; and it is further

ORDERED that the Answers of the Individual Defendants be stricken from the record; and it is further

ORDERED that default be entered against the Individual Defendants; and it is further

ORDERED that Plaintiff Super 8 Motels, Inc. be permitted to proceed to judgment by default; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.


    S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.